# EXHIBIT A

Case 1:22-cv-02297-RMB-SAK   Document 1-4   Filed 04/20/22   Page 2 of 3 PageID: 23
CAM-L-003747-21   02/02/2022 5:54:27 PM   Pg 1 of 2 Trans ID: LCV2022477917

92

Laura D. Ruccolo, Esq. - 018471993
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300S
PO Box 5016
Mount Laurel, N.J. 08054-5016
(856) 234-6800
Attorneys for Plaintiff

| | |
|---|---|
| CHARLES FOULKE III, <br><br> Plaintiff, <br><br> vs. <br><br> EASTERN JR VIKINGS FOOTBALL, a NEW JERSEY NON-PROFIT CORPORATION, RON LIBRIZZI, TROY BROCCO AND DANIELLE FIFTHIAN, <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> CAMDEN COUNTY <br><br> DOCKET NO.: CAM-L-003747-21 <br><br> CIVIL ACTION <br><br> **ORDER** |

THIS MATTER having been opened to the Court by Laura D. Ruccolo, Esq. of Capehart & Scatchard, P.A., attorneys for Plaintiff, Charles Foulke III, in the above-entitled action, upon Motion to appoint a custodial receiver for the Eastern JR Viking Football, a New Jersey Non-Profit and for temporary restraints pending litigation and it appearing to the Court after reviewing the moving papers that the requested relief should be granted, and for good cause shown;

NOW, THEREFORE, it is on this _4th_ day of _March_, 2022, HEREBY ORDERED that the _Christopher Morris_ is hereby appointed as Custodial Receiver of Eastern JR Vikings Football, a New Jersey Non-Profit corporation and Eastern JR Vikings Football, a New Jersey Non-Profit Corporation is restrained from taking any further action

outside the ordinary course of business until further order of this court.

IT IS FURTHER ORDERED that the appointment or election of any Board Members of Eastern JR Vikings Football, a Non-profit Corporation by the Defendants on January 20, 2022 is hereby null and void.

Motion opposed _____

Motion unopposed _— Consent to Appointment_

**STEVEN J. POLANSKY, P.J.Cv.**

"Reasons set forth On the Record"