

Laura D. Ruccolo
lruccolo@capehart.com

May 3, 2022

United State District Court of New Jersey
Civil Case Manager
Clarkson S. Fisher Building &
US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:  Eastern Junior Viking, LLC v. Township of Voorhees, et al.
         Our File No.  2708-36981
         Case No.  1:22-CV-02297-RMB-SAK

Dear Sir/Madam:

Please file the attached Affidavit of Services for the following entities:

1. Township of Voorhees
2. Henry Platt
3. Jaclyn Fetbroytl; And
4. Michael Mignogna

Thank you for your attention.

         Very truly yours,

         CAPEHART & SCATCHARD, P.A.

         */s/ Laura D. Ruccolo*

         Laura D. Ruccolo

LDR/tbs
Encl.
10245564

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Civil Action Summons, Verified Complaint in Support of Application for Writ of Mandamus, Civil Cover Sheet, Brief in Support of Application for Writ od Mandamus

**SERVED:** Harry A. Platt

**ADDRESS:** 18 Downing Lane, Voorhees, NJ 08043

**TELEPHONE:** Refused Telephone Number

**ATTORNEY:** Laura D. Ruccolo, Esquire

**COUNTY:** USDC District of New Jersey

**CASE NO.:** 1:22-CV-02297-RMB-SAK

Eastern Jr. Viking Football
PLAINTIFF(S)

VS

Township of Voorhees, et al
DEFENDANT(S)

Received this process on the 27th day of April 2022 and served the same on the within named Defendant at 8:40 AM on the 29th day of April 2022 in Camden County, New Jersey.

☒ **INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit: and informing such persons of their contents.

☐ **CORPORATION SERVICE:** By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: , a corporation.

☐ **NON-SERVICE:** By returning the same this ___ day of _____, 2015 for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____ for the following reason: _____.

Description: White Male, Age: 50 years old, Height: 5'10", Weight: 175 lbs., No Glasses

Sworn to and subscribed before me this 2nd day of May 2022

Before me the undersigned personally appeared Mario Giordano

_____
Notary Public
Alexandria V Fields
Notary Public
New Jersey
My Commission Expires 11-12-2025
No. 50026986

and being duly sworn, deposes and says that he/she served the above on the above named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191
Cherry Hill, New Jersey 08002

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**EASTERN JR VIKING FOOTBALL,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TOWNSHIP OF VOORHEES, ET AL.,**
*Defendant*

CASE NUMBER: 1:22-CV-02297-RMB-SAK

TO: *(Name and address of Defendant):*
Harry A. Platt
18 Downing Lane
Voorhees, NJ 08043

Sign: Harry A. Platt
Print: Harry A. Platt
Title: self
Date: 04-29-2022
Time: 8:40 AM
Phone: ( ) refused telephone #

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-04-21 10:17:23, Clerk
USDC NJD

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Civil Action Summons, Verified Complaint in Support of Application for Writ of Mandamus, Civil Cover Sheet, Brief in Support of Application for Writ od Mandamus

**SERVED:** Jaclyn Fetbroyt

**ADDRESS:** 48 Bradford Way, Voorhees, NJ 08043

**TELEPHONE:** Refused Telephone Number

**ATTORNEY:** Laura D. Ruccolo, Esquire

**COUNTY:** USDC District of New Jersey

**CASE NO.:** 1:22-CV-02297-RMB-SAK

Eastern Jr. Viking Football
PLAINTIFF(S)

VS

Township of Voorhees, et al
DEFENDANT(S)

Received this process on the 27th day of April 2022 and served the same on the within named Defendant at 9:11 AM on the 29th day of April 2022 in Camden County, New Jersey.

☒ **INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit: and informing such persons of their contents.

☐ **CORPORATION SERVICE:** By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: , a corporation.

☐ **NON-SERVICE:** By returning the same this ___ day of _____, 2015 for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____, for the following reason: _____.

Sworn to and subscribed before me this 2nd day of May 2022

Before me the undersigned personally appeared Mario Giordano

Notary Public
Alexandria V Fields
Notary Public
New Jersey
My Commission Expires 11-12-2025
No. 50026986

and being duly sworn, deposes and says that he/she served the above on the above named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191
Cherry Hill, New Jersey 08002

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**EASTERN JR VIKING FOOTBALL,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TOWNSHIP OF VOORHEES, ET AL.,**
*Defendant*

CASE NUMBER: 1:22-CV-02297-RMB-SAK

TO: *(Name and address of Defendant):*

Jaclyn Fetbroyt
48 Bradford Way
Voorhees, NJ 08043

Sign: *Jacklyn Fethryt*
Print:
Title: Committee person
Date: 4/29/2022
Time: 9:11 am
Phone: (  )

refused telephone #

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-04-21 10:17:23, Clerk
USDC NJD

# AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Civil Action Summons, Verified Complaint in Support of Application for Writ of Mandamus, Civil Cover Sheet, Brief in Support of Application for Writ od Mandamus

**SERVED:** Michael Mignogna

**ADDRESS:** 7 Turnberry Court, Voorhees, NJ 08043

**TELEPHONE:** (856) 236-6625

**ATTORNEY:** Laura D. Ruccolo, Esquire

**COUNTY:** USDC District of New Jersey

**CASE NO.:** 1:22-CV-02297-RMB-SAK

Eastern Jr. Viking Football
PLAINTIFF(S)

VS

Township of Voorhees, et al
DEFENDANT(S)

Received this process on the 27th day of April 2022 and served the same on the within named Defendant at 8:55 AM on the 29th day of April 2022 in Camden County, New Jersey.

☐ **INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☒ **SUBSTITUTE SERVICE:** By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit: Served Mary Pat Mignogna, Wife/Co-Resident, on behalf of Michael Mignogna, and informing such persons of their contents.

☐ **CORPORATION SERVICE:** By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: ____, a corporation.

☐ **NON-SERVICE:** By returning the same this ___ day of ____, 2015 for the reason that after diligent search and inquiry the above named could not be located in ____ County, ____, for the following reason: ____.

**Description:** White Female, Age: 50+ years old, Height: 5'4", Weight: 170-175 lbs., No Glasses

Sworn to and subscribed before me this 2nd day of May 2022

Before me the undersigned personally appeared Mario Giordano

Notary Alexandria V Fields
Notary Public
New Jersey
My Commission Expires 11-12-2025
No. 50026986

and being duly sworn, deposes and says that he/she served the above on the above named dates

Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191
Cherry Hill, New Jersey 08002

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**EASTERN JR VIKING FOOTBALL,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TOWNSHIP OF VOORHEES, ET AL.,**
*Defendant*

CASE NUMBER: 1:22-CV-02297-RMB-SAK

TO: *(Name and address of Defendant):*

Michael A. Mignogna
7 Turnberry Court
Voorhees, NJ 08043

Sign: MPMignogna
Print: Mary Pat Mignogna
Title: wife
Date: 04-29-2022
Time: 8:55 P.M.
Phone: 856-236-6625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-04-21 10:17:23, Clerk
USDC NJD

# AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Civil Action Summons, Verified Complaint in Support of Application for Writ of Mandamus, Civil Cover Sheet, Brief in Support of Application for Writ of Mandamus, Order to Show Cause for Writ of Mandamus

**SERVED:** Township of Voorhees

**ADDRESS:** 2400 Voorhees Town Center, Voorhees, NJ 08043

**TELEPHONE:** (856) 429-7757

**ATTORNEY:** Laura D. Ruccolo, Esquire

**COUNTY:** USDC District of New Jersey

**CASE NO.:** 1:22-CV-02297-RMB-SAK

Eastern JR Viking Football
PLAINTIFF(S)

VS

Township of Voorhees, et al
DEFENDANT(S)

Received this process on the 27th day of April 2022, and served the same on the within named Defendant at 12:30 PM on the 28th day of April 2022 in Camden County, New Jersey.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit:, and informing such persons of their contents.

☒ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: Served Kelly Andrews, Deputy Clerk/Authorized Representative, on behalf of Township of Voorhees, a corporation.

☐ NON-SERVICE: By returning the same this ___ day of _____, 2020, for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____, for the following reason: _____.

Description: White Female, Age: 24 years old, Height: 5'6", Weight: 135 lbs., Glasses: No

Sworn to and subscribed before me this 2nd day of May 2022

Before me the undersigned personally appeared Joseph Hockl

Alexandria V Fields
Notary Notary Public
New Jersey
My Commission Expires 11-12-2025
No. 50026986

and being duly sworn, deposes and says that he/she served the above on the above named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey 08002

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**EASTERN JR VIKING FOOTBALL,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**TOWNSHIP OF VOORHEES, ET AL.,**
*Defendant*

CASE NUMBER: 1:22-CV-02297-RMB-SAK

TO: *(Name and address of Defendant):*

Township of Voorhees
2400 Voorhees Town Center
Voorhees, NJ 08043

Sign: Kelly Andrews
Print: Kelly Andrews
Title: Deputy Clerk
Date: 4/26/2022
Time: 12:30 PM
Phone: (856) 429-7757

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-04-21 10:17:23, Clerk
USDC NJD